IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIERSTEN BECK, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:23-cv-3282-CRL-KLM |
| | ) |
| DRIVELINE RETAIL MERCHANDISING, INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Kathryn D. Terry and Phillips Murrah P.C., and hereby enters their appearance on behalf of Defendant Driveline Retail Merchandising, Inc.

Respectfully submitted,

s/*Kathryn D. Terry*
**Phillips Murrah P.C.**
Kathryn D. Terry, OBA No. 17151
101 North Robinson Ave. Suite 1300
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
kdterry@phillipsmurrah.com
*Attorney for Defendant Driveline Retail Merchandising, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically transmitted the foregoing document with the Clerk of Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via electronic mail and via regular mail to:

**SANFORD LAW FIRM, PLLC**
Josh Sanford
Ark. Bar No. 2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
joshsanfordlawfirm.com

*Attorneys for Plaintiffs Kiersten Beck, et al.,*
*Each Individually and on Behalf of All Others Similarly Situated*

*s/Kathryn D. Terry*