IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIERSTEN BECK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 3:23-cv-3282-CRL-KLM |
| ) | |
| DRIVELINE RETAIL MERCHANDISING, INC. ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

COME NOW Denise Baker-Seal, and Brown & James, P.C., and hereby enter their appearance as counsel on behalf of Defendant Driveline Retail Merchandising, Inc.

/s/ Denise Baker-Seal
Denise Baker-Seal, #6255589
BROWN & JAMES, P.C.
Attorneys for Defendant
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois 62220-1547
618/235-5590; 618/235-5591 (Fax)
dseal@bjpc.com; dowens@bjpc.com

### AFFIDAVIT OF SERVICE

I, the undersigned, on the 11th day of January, 2024 electronically filed this document with the United States District Court, Central District of Illinois, Springfield Division which will send electronic notification to each of the following:

Josh Sandford
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
josh@sandordlawfirm.com

  Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

                /s/ Denise Baker-Seal_____