# Terry, Kathryn D.

**From:** Terry, Kathryn D.
**Sent:** Wednesday, January 10, 2024 9:46 AM
**To:** Josh Sanford
**Cc:** Sean Short; Zach Bradshaw; Sullivan, Tyler J.; Hanna, Lauren B.; Karcher, Colby D.; McMahan, Natalie M.
**Subject:** RE: Beck v. Driveline - request for identifying information

Josh and Sean, they are your clients and allege to have been employed at Driveline. In most instances, there has been name change or there is a duplicate name. Please reach out to them and provide the identifying information to verify the most basic premise of their claims. Surely they know their own social security numbers or have a paystub.

**P|M**

**Kathryn D. Terry**
Phillips Murrah P.C.
101 N. Robinson Ave., Suite 1300 | Oklahoma City, OK 73102
M: 405.235.4100 | F: 405.235.4133 | D: 405.552-2452
kdterry@phillipsmurrah.com

Disclaimer: The email communication and the documents accompanying this email communication contain information from the law firm of Phillips Murrah P.C., which communication and documents are intended to be for the use of the individual or entity named on this transmission email only and which may be confidential, privileged or attorney work product. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is strictly prohibited. If you received this email in error, please notify us immediately by email or telephone at 405-235-4100 and delete this email and any attachments.

**From:** Josh Sanford <josh@sanfordlawfirm.com>
**Sent:** Wednesday, January 10, 2024 9:05 AM
**To:** Terry, Kathryn D. <kdterry@phillipsmurrah.com>
**Cc:** Sean Short <sean@sanfordlawfirm.com>; Zach Bradshaw <zach@sanfordlawfirm.com>; Sullivan, Tyler J. <tjsullivan@phillipsmurrah.com>; Hanna, Lauren B. <lbhanna@phillipsmurrah.com>; Karcher, Colby D. <cdkarcher@phillipsmurrah.com>; McMahan, Natalie M. <nmmcmahan@phillipsmurrah.com>
**Subject:** Re: Beck v. Driveline - request for identifying information

Thanks for following up.

I am not sure where you got your information, but the collection of a paystub was not a precondition to joining the case for people if other facts lined up.

We surveyed this group you wrote about and we are not going to be able to provide the documents that you are asking for.

Josh



**Josh Sanford**
Managing Attorney, Sanford Law Firm

800-615-4946 (Main) | 501-904-1656 (Direct)

josh@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

Attorneys admitted in courts in AR • CO • IL • MI • MO • ND • NE • NM • OH • OK • TN • TX • WA • WI

🏅 No. 1 Plaintiff Employment Law Firm in the U.S. 🏅

    

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Jan 9, 2024, at 6:07 PM, Terry, Kathryn D. <kdterry@phillipsmurrah.com> wrote:

I apologize for the double response tonight.

Sean and Josh, if you asked your clients to verify employment with Driveline by providing a paystub (as we understand you did/do), then the paystubs have their Driveline Employee ID number on them. That number will get us to the correct person. Can you please provide those then?

KDT

<image001.png>   **Kathryn D. Terry**
Phillips Murrah P.C.
101 N. Robinson Ave., Suite 1300 | Oklahoma City, OK  73102
M: 405.235.4100 | F: 405.235.4133 | D: 405.552-2452
kdterry@phillipsmurrah.com

Disclaimer: The email communication and the documents accompanying this email communication contain information from the law firm of Phillips Murrah P.C., which communication and documents are intended to be for the use of the individual or entity named on this transmission email only and which may be confidential, privileged or attorney work product. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is strictly prohibited. If you received this email in error, please notify us immediately by email or telephone at 405-235-4100 and delete this email and any attachments.

**From:** Terry, Kathryn D.
**Sent:** Tuesday, January 9, 2024 5:47 PM
**To:** Sean Short <sean@sanfordlawfirm.com>
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>; Zach Bradshaw <zach@sanfordlawfirm.com>; Sullivan, Tyler J. <tjsullivan@phillipsmurrah.com>; Hanna, Lauren B. <lbhanna@phillipsmurrah.com>; Karcher, Colby D. <cdkarcher@phillipsmurrah.com>; McMahan, Natalie M. <nmmcmahan@phillipsmurrah.com>
**Subject:** Re: Beck v. Driveline - request for identifying information

Thank you for the response. We are asking you to provide them in order to fully identify those persons who are plaintiffs.

Sent from my iPhone

On Jan 9, 2024, at 5:40 PM, Sean Short <sean@sanfordlawfirm.com> wrote:

**CAUTION:** This email originated from outside Phillips Murrah's Email System. DO NOT CLICK on any links or open attachments unless you recognize the sender and know the content is safe.

Hi Kathryn,

I'm adding Josh to this email thread.

We do not collect social security numbers as a matter of course and we do not have full (or partial) socials on the people you are asking about.

**Sean Short**
Attorney at Law, Sanford Law Firm

800-615-4946 (Main) | 501-904-1650 (Direct)
sean@sanfordlawfirm.com | www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

Attorneys admitted in courts in AR • CO • IL • MI • MO • ND • NE • NM • OH • OK • TN • TX • WA • WI

🏅 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🏅

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confid disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any a communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received th notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Jan 9, 2024, at 3:44 PM, Terry, Kathryn D. <kdterry@phillipsmurrah.com> wrote:

Counsel, We have identified Lindsey, Tonya in Louisiana. Apologies for the confusion. The remaining 22 we need the last four socials for, please. We would also appreciate an acknowledgement of this email.

Thank you,

Kathy Terry

<image001.png> **Kathryn D. Terry**
Phillips Murrah P.C.
101 N. Robinson Ave., Suite 1300| Oklahoma City, OK 73102
M: 405.235.4100 | F: 405.235.4133 | D: 405.552-2452
kdterry@phillipsmurrah.com

Disclaimer: The email communication and the documents accompanying this email communication contain information from the law firm of Phillips Murrah P.C., which communication and documents are intended to be for the use of the individual or entity named on this transmission email only and which may be confidential, privileged or attorney work product. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is strictly prohibited. If you received this email in error, please notify us immediately by email or telephone at 405-235-4100 and delete this email and any attachments.

**From:** Terry, Kathryn D.
**Sent:** Monday, January 8, 2024 5:41 PM
**To:** Sean Short <sean@sanfordlawfirm.com>
**Cc:** Tracy Freeman <tracy@sanfordlawfirm.com>; Zach Bradshaw <zach@sanfordlawfirm.com>; Sullivan, Tyler J. <tjsullivan@phillipsmurrah.com>; Hanna, Lauren B. <lbhanna@phillipsmurrah.com>; Karcher, Colby D. <cdkarcher@phillipsmurrah.com>; McMahan, Natalie M. <nmmcmahan@phillipsmurrah.com>
**Subject:** Beck v. Driveline - request for identifying information

Sean,

Driveline was served with the Amended Complaint in the *Beck* case. As anticipated, we will be filing a motion to compel arbitration.

There are 22 named Plaintiffs who claimed to have worked at Driveline. However, for these 23, Driveline cannot confirm employment without either the Driveline employee ID (likely they do not have) or their social security number. We assume you have their socials. We are asking for the last four digits only, that way Driveline can further attempt to identify these persons and confirm their employment. In most cases, either the employee has changed their name (marriage or divorce) or the name given by the Plaintiff in the complaint is *also* the name of other employees in the same state. So, in those instances, Driveline needs additional information to pinpoint the Plaintiff in question. We are asking for the last four digits of the following persons, identified by your firm as having been employed by Driveline in the corresponding states identified below. Please get back to us by COB tomorrow.

Thank you,

Kathy Terry and Lauren Hanna


1. **Brewer, Amanda Michelle – Oklahoma**
2. **Clark, Nita – Georgia –**

4

3. **Davis, Larry – Arkansas -**
4. **Dawn, Shellie – Texas**
5. **Dummitt, Brittany – Ohio**
6. **Fuseller, Carissa – Louisiana --**
7. **Gilliland, Kathaleen April - South Carolina**
8. **Hicks, Rachel – Iowa –**
9. **James, Kayla – Oklahoma –**
10. **Lea, Christi – Oklahoma -**
11. **Lynn, Christine – Kansas -**
12. **Moore, Linda – California –**
13. **Morgan, Lisa – Iowa –**
14. **Morrison, John T. - Rhode Island –**
15. **Williams, Kayla Nicole - South Carolina –**
16. **Orr, Mary – Alabama –**
17. **Payton, Lloyd – Tennessee -**
18. **Ray, Kristy – Arkansas –**
19. **Rodgers, Jennifer – California -**
20. **Saylors, Ashley Tatrow – Tennessee –**
21. **Taylor, Linda -West Virginia -**
22. **Terrel, Barb – Indiana -**
23. **Lindsey, Tonya -Louisiana**

<image001.png>  **Kathryn D. Terry**
Phillips Murrah P.C.
101 N. Robinson Ave., Suite 1300 | Oklahoma City, OK  73102
M: 405.235.4100 | F: 405.235.4133 | D: 405.552-2452
kdterry@phillipsmurrah.com

Disclaimer: The email communication and the documents accompanying this email communication contain information from the law firm of Phillips Murrah P.C., which communication and documents are intended to be for the use of the individual or entity named on this transmission email only and which may be confidential, privileged or attorney work product. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email information is strictly prohibited. If you received this email in error, please notify us immediately by email or telephone at 405-235-4100 and delete this email and any attachments.