**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

KIERSTEN BECK,                                        )
CHRISTINE LYNN BARRETT-                               )
      BUKOWSKI,                                      )
BRIDGETTE BOYD,                                       )
TIFFANY BRAGG,                                        )
TRICIA BROOKS,                                        )
WILLIE JEAN CASHAW,                                   )
MARTHA CLEARY,                                        )
AMY CRAIG,                                            )
MONTANA CRISS,                                        )
KAMELA CRUTCHFIELD,                                   )
JOSHUA CUMMINGS,                                      )
MELISSA CUMMINGS,                                     )
MICHELLE DAILEY,                                      )
CRYSTAL DARBY,                                        )
RACHEAL DUNN,                                         )
MELISSA DUTTON,                                       )
SEENA EASTER,                                         )
STEPHANIE EDWARDS,                                    )
PATTI EVANS,                                          )
ROBIN FLOWER,                                         )
MARTHA GREENFELD,                                     )
ANNA GRUBB WAACK,                                     )
TARA HALL,                                            )
SAUNDRA HEGLER,                                       )
KELLEY HERCHENHAHN,                                   )
RACHEL HICKS,                                         )
MARLA HIX,                                            )
JORI HUTCHINSON,                                      )
LORA HYDE,                                            )
KAYLA JAMES,                                          )
JOHN JONES,                                           )
MELISSA JOSEPH,                                       )
ANITA JUBIC,                                          )
AMY KAY KNOPE,                                        )
SARA KERN,                                            )
JEN LACROIX,                                          )
TONYA LINDSEY,                                        )
CHEYENNE LUNCEFORD,                                   )
CHRISTY MANNING,                                      )
LARA MAST,                                            )
MARISSA MICHAELSEN,                                   )

TIMOTHY MICHELS, )
ANNA MITCHELL YANCY, )
SUSAN NOTTINGHAM, )
GWENDOLYN NYAMOTI, )
AIESHA OFFORD, )
LLOYD PAYTON, )
MALISSA PIRTLE, )
DONALD REIFENSTAHL, )
ANGIE REVELS, )
SHERRY ROBERTS, )
JENNIFER RODGERS, )
MICHAEL SAVAGE, )
MANDY SCOGLIETTI, )
THERESA STATEN, )
NANCY STEVENS, )
ELLA STRICKLAND, )
SHYANNA SWANSON, )
DANA TAYLOR, )
EDNA TAYLOR, )
LINDA TAYLOR, )
KRISTINA THOMPSON, )
ROBIN UHRIG, )
MELLETA UPSON PLOTTS, )
KILEE VAUGHN, )
BINA VAUGHT, )
JENNIFER VOLKENANT, )
KATHERINE WEBB, )
JERMAINE WEBSTER, )
KAYLA NICOLE WILLIAMS, )
MELISSA WILLIAMS, )
DANA WORK, )
TARA WORKMAN, )
KIMBERLY APPLEGARTH, )
ERIN AYCOCK, )
TAMMY BARRETTE, )
VICKI BAUGHMAN, )
ADDIE BINGHAM, )
RAC-CALE BLAIR, )
AMANDA MECHELLE BREWER, )
BETTIE BRYANT, )
LEONTE CARTWRIGHT, )
WILLIAM CASTLE, )
GINA CHRISTINE CHERRY, )
NITA CLARK, )
MELISSA CONTERNO, )
LORI COWHER, )

LUCILLE COX,                              )
LARRY DAVIS,                              )
SHELLIE DAWN,                             )
TONI DELUNA,                              )
CHRISTINA DOWDEN,                         )
BRITTANY DUMMITT,                         )
KIMBERLY DAWN ELMORE,                     )
AMBER FOWLER,                             )
CARISSA FUSELIER,                         )
RUBY GARZA,                               )
KATHALEEN APRIL GILLILAND,                )
CHRISTINE GUNNIN,                         )
JOEL HERNANDEZ,                           )
ERIN HRUSCHAK,                            )
SARAH HUSKINS,                            )
MARIE HYATT,                              )
KATHLEEN JERNIGAN,                        )
EVELYN JOHNSON,                           )
CINDY KERN,                               )
STEPHANIE KIMBRO,                         )
CHRISTI LEA,                              )
JUDITH LOCKHART,                          )
CHERI LUEKE,                              )
CHRISTINE LYNN,                           )
JOY MCGUIRE,                              )
FANTASIA MCNEAL-                          )
        CARTWRIGHT,                       )
CRISTHIAN MENDIETA,                       )
LINDA MOORE,                              )
LISA MORGAN,                              )
SHAUNA MURRAY,                            )
MARY ORR,                                 )
DEBORAH PASCHALL,                         )
JOHNATHAN LEE PRICE,                      )
ANNE RAMSEY,                              )
KRISTY RAY,                               )
KARRI RICHARD,                            )
TERRY RISLEY,                             )
ROBERTO RIVERA,                           )
ASHLEY TATROW SAYLORS,                    )
TERRENCE SCOTT,                           )
DANYAI SERRANO,                           )
KELLYE MARIE SIMPSON,                     )
LEXI SIMPSON,                             )
KATHY SONNIER,                            )
DEBORAH STRNAD,                           )

| | |
|---|---|
| TERRILL SUTTON, | ) |
| BARB TERREL, | ) |
| SHERRY WHEELER, | ) |
| CHRISTINA WHITCOMB, | ) |
| RAE WICKERSHAM, | ) |
| AMANDA WINNINGHAM, | ) |
| KRISTIE YOUNG, | ) |
| SAMANTHA J. GOODRICH, | ) |
| DWAN N. GOODRICH, | ) |
| BRIANA I. RENAUD, | ) |
| JOHN T. MORRISON, | ) |
| MICHELLE J. MORRISON, | ) |
| JAMES CREECH, | ) |
| JAN E. BALLARD, | ) |
| BECKY MCCLANAHAN, | ) |
| ESPERANZA ZUNIGA, and | ) |
| ABBIE INGRAM, Each Individually | ) |
| and on Behalf of All Others | ) |
| Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 3:23-cv-3282-CRL-KLM |
| | ) |
| DRIVELINE RETAIL | ) |
| MERCHANDISING, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT DRIVELINE RETAIL MERCHANDISING, INC.'S
SUPPLEMENT TO MOTION TO COMPEL ARBITRATION AND
MEMORANDUM OF LAW IN SUPPORT**

COMES NOW Defendant Driveline Retail Merchandising, Inc. ("Driveline") specially appearing and supplements its Motion to Compel Arbitration and Memorandum of Law in Support [Docket # 7].

In support of Driveline's motion seeking and order dismissing this case and compelling arbitration, Driveline attached the arbitration agreements of each named Plaintiff it could affirmatively identify. The Arbitration Agreements are Exhibit 3 (ECF Parts 1-15) to the motion.

Driveline inadvertently failed to attach the Arbitration Agreement of named Plaintiff, Cheri Lueke.

Plaintiff Lueke's Arbitration Agreement is attached hereto and Exhibit 3 (ECF Part 16).

Moreover, attached as Exhibit 6 to the motion are AAA email communications confirming

that six of the named Plaintiffs in this lawsuit have *already also filed arbitration demands.* By

supplement hereto, Driveline submits the email communications regarding Plaintiff Jan Ballard.

Ms. Ballard has *also already filed an arbitration demand*, and the AAA has assigned case number

01-23-0003-06665. (Exhibit 7, AAA Emails regarding Ballard, Jan) This brings the total of named

Plaintiffs who have also filed arbitration demands to seven.

Respectfully submitted,


s/*Kathryn D. Terry*
**PHILLIPS MURRAH P.C.**
Kathryn D. Terry, OBA No. 17151
Lauren Barghols Hanna, OBA No. 21594
101 North Robinson Ave. Suite 1300
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
kdterry@phillipsmurrah.com
lbhanna@phillipsmurrah.com

**BROWN & JAMES, P.C.**
Denise Baker-Seal, #6255589
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois 62220-1547
618/235-5590; 618/235-5591 (Fax)
dseal@bjpc.com; dowens@bjpc.com
*Attorneys for Defendant*
*Driveline Retail Merchandising, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024 , I electronically transmitted the foregoing document with the Clerk of Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via electronic mail to the counsel of record below.

**SANFORD LAW FIRM, PLLC**
Josh Sanford
Ark. Bar No. 2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

*Attorneys for Plaintiffs Kiersten Beck, et al.,*
*Each Individually and on Behalf of All Others Similarly Situated*

*s/Kathryn D. Terry*