**Terry, Kathryn D.**

| | |
|---|---|
| From: | AAA Alexandra Fornari <AlexandraFornari@adr.org> |
| Sent: | Wednesday, October 4, 2023 2:12 PM |
| To: | josh@sanfordlawfirm.com; tracy@sanfordlawfirm.com; zach@sanfordlawfirm.com; Sean@sanfordlawfirm.com; Terry, Kathryn D.; Sullivan, Tyler J.; Hanna, Lauren B. |
| Subject: | Individual Claimants v. Driveline Retail Merchandising, Inc. - Case 01-23-0003-8161 |
| Attachments: | External Case Spreadsheet.xlsx |

**CAUTION:** This email originated from outside Phillips Murrah's Email System. DO NOT CLICK on any links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Counsel:

This confirms an Administrative Conference was held on October 4, 2023. Sean Short appeared for the individual Claimants, and Lauren Hanna and Kathryn Terry appeared for Respondent, Driveline Retail Merchandising.

The AAA confirmed that there are currently 32 cases filed in this caseload. It is noted that additional demands may be filed.

The parties have discussed potentially consolidating the Discovery process for these individual matters. This would entail appointing one Arbitrator to oversee all discovery for the individual claimants, with individual merits arbitrators being appointed after discovery is completed.

**Service Lists**
For Claimant:
Josh Sanford – josh@sanfordlawfirm.com
Tracy Freeman – tracy@sanfordlawfirm.com
Zach Bradshaw – zach@sanfordlawfirm.com
Sean Short – sean@sanfordlawfirm.com

For Respondent:
Kathryn Terry – kdterry@phillipsmurrah.com
Lauren Hanna – lbhanna@phillipsmurrah.com
Tyler Sullivan – tjsullivan@phillipsmurrah.com

If either side needs any updates made to their service lists, please let me know by **October 12, 2023.**

**Mediation**
Respondent has confirmed that they are not interested in Mediation at this time. If the parties are interested in mediating these matters in the future, please reach out to the undersigned and we can assist in getting a mediation scheduled for you.

**Locales**
I have attached a spreadsheet reflecting all 32 cases with their corresponding locales. If there is any dispute as to any of the locales on the spreadsheet, please let me know by **October 12, 2023.**

The parties have agreed to postpone the discussion of the remainder of the Administrative issues for thirty (30) days to allow time to further discuss the remaining potential demands. We will check in with the parties on **November 3, 2023**

[1] Driveline Exhibit 7 - AAA Emails re Ballard, Jan

to see if they are ready to proceed. If the parties believe that additional time is needed, we will certainly grant that request with party agreement.

If you have any further questions, please do not hesitate to ask.

Thank you,



**AAA Alexandra Fornari**
**Manager of ADR Services**

American Arbitration Association

T: 401 431 4901  E: AlexandraFornari@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

| Case Number | Claimant First | Claimant Last | Respondent Name | Locale |
|---|---|---|---|---|
| 01-23-0003-0002 | Helen | Everett | Driveline Retail Merchandising, Inc. | PA – Philadelphia |
| 01-23-0003-0003 | Trishia | Cann | Driveline Retail Merchandising, Inc. | PA |
| 01-23-0003-0004 | Raven | Ackley | Driveline Retail Merchandising, Inc. | IN – Huntington County |
| 01-23-0003-0123 | Jennifer | Chamberlain | Driveline Retail Merchandising, Inc. | GA – Carroll County |
| 01-23-0003-0228 | Amanda | Eckert | Driveline Retail Merchandising, Inc. | IL – Marion County |
| 01-23-0003-0330 | Jennifer | Napier | Driveline Retail Merchandising, Inc. | WV – Kanawha County |
| 01-23-0003-0428 | Vickie | Applegarth | Driveline Retail Merchandising, Inc. | AR – Craighead County |
| 01-23-0003-0545 | Brittany | Musgrove | Driveline Retail Merchandising, Inc. | AR – Ashley County |
| 01-23-0003-0553 | Karen | Piper | Driveline Retail Merchandising, Inc. | AR – Drew County |
| 01-23-0003-0649 | Demetrius | Dooley | Driveline Retail Merchandising, Inc. | GA – Clarke County |
| 01-23-0003-0663 | Sabrina | Hagler | Driveline Retail Merchandising, Inc. | GA – Bartow County |
| 01-23-0003-0665 | Jan | Ballard | Driveline Retail Merchandising, Inc. | IA – Lee County |
| 01-23-0003-0811 | Tonya | Yaw | Driveline Retail Merchandising, Inc. | KY – Livingston County |
| 01-23-0003-0815 | Sindy | Minor | Driveline Retail Merchandising, Inc. | MS – St. Charles County |
| 01-23-0003-1173 | Stacey | Dodd | Driveline Retail Merchandising, Inc. | GA – Carroll County |
| 01-23-0003-1175 | Latasha | Hemmingway | Driveline Retail Merchandising, Inc. | MS – Carroll County |
| 01-23-0003-1180 | Richard | Livingston | Driveline Retail Merchandising, Inc. | MS – Jefferson County |
| 01-23-0003-1183 | Sarah | Kruise | Driveline Retail Merchandising, Inc. | IL – Rock Island County |
| 01-23-0003-1185 | Danny | Kessinger | Driveline Retail Merchandising, Inc. | IL – Madison County |
| 01-23-0003-1202 | Brandon | Brewer | Driveline Retail Merchandising, Inc. | OK – Tulsa County |
| 01-23-0003-1527 | Leslie | Suttles | Driveline Retail Merchandising, Inc. | AZ – Mohave County |
| 01-23-0003-1555 | Tanya | McGinnis | Driveline Retail Merchandising, Inc. | AZ – Mohave County |
| 01-23-0003-1671 | Lisa | Maidment | Driveline Retail Merchandising, Inc. | SC – Florence County |
| 01-23-0003-1678 | Kimberly | Marshall | Driveline Retail Merchandising, Inc. | MO |
| 01-23-0003-1705 | Jessica | Tillery | Driveline Retail Merchandising, Inc. | AL – Calhoun County |
| 01-23-0003-1967 | Jamie | Hall | Driveline Retail Merchandising, Inc. | SC – Spartanburg County |
| 01-23-0003-2213 | Steve | Rallis | Driveline Retail Merchandising, Inc. | TX – Liberty County |
| 01-23-0003-2226 | Victoria | Medley | Driveline Retail Merchandising, Inc. | TX – Harris County |
| 01-23-0003-2228 | Lora | Goodin | Driveline Retail Merchandising, Inc. | MS – Shannon County |
| 01-23-0003-2340 | Natasha | Bullock | Driveline Retail Merchandising, Inc. | KY – Pulaski County |
| 01-23-0003-2416 | Michelle | Freeman | Driveline Retail Merchandising, Inc. | MS – Montgomery County |
| 01-23-0003-2417 | Valarie | Toliver | Driveline Retail Merchandising, Inc. | MS – Sunflower County |