IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**KIERSTEN BECK, et al., Each Individually and**     **PLAINTIFFS**
**on Behalf of All Others Similarly Situated**

vs.     No. 3:23-cv-3282-CRL-KLM

**DRIVELINE RETAIL MERCHANDISING, INC.**     **DEFENDANT**

## RESPONSE TO DEFENDANT'S SUPPLEMENT TO MOTION TO COMPEL ARBITRATION

Plaintiffs do not oppose arbitrating the claims of Cheri Lueke, for whom Defendant provided an arbitration agreement in their Supplement to Motion to Compel Arbitration. Plaintiffs apologize if it was unclear in their initial Response, but Plaintiffs likewise do not oppose Defendant's request to dismiss the named Plaintiffs who have already filed arbitration claims. These Plaintiffs were inadvertently included in the lawsuit in the first place.

The following is a list of Plaintiffs for whom Defendant has not provided proof of a valid arbitration agreement, nor have filed an independent claim in arbitration; their claims should proceed in this Court accordingly:

| | | |
|---|---|---|
| Amanda Mechelle Brewer | Christine Lynn | Roberto Rivera[1] |
| Nita Clark | Linda Moore | Jennifer Rodgers |
| Larry Davis | Lisa Morgan | Ashley Tatrow Saylors |
| Shellie Dawn | John T. Morrison | Linda Taylor |

---

[1] The agreement Defendant provided for Mr. Rivera did not include the arbitration terms.

Page 1 of 3
**Kiersten Beck, et al. v. Driveline Retail Merchandising, Inc.**
**U.S.D.C. (C.D. Ill.) Case No. 3:23-cv-3282-CRL-KLM**
**Response to Defendant's Supplement to Motion to Compel Arbitration**

| | | |
|---|---|---|
| Brittany Dummitt | Mary Orr | Barb Terrel |
| Carissa Fuselier | Lloyd Payton | Anna Grub Waack |
| Kayla James | Melleta Upson Plotts | Kayla Nicole Williams |
| Christi Lea | Kristy Ray | Anna Mitchell Yancy |

Respectfully submitted,

**KIERSTEN BECK, et al., Each Individually and on behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 500
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
Kiersten Beck, et al. v. Driveline Retail Merchandising, Inc.
U.S.D.C. (C.D. Ill.) Case No. 3:23-cv-3282-CRL-KLM
Response to Defendant's Supplement to Motion to Compel Arbitration

## CERTIFICATE OF SERVICE

  I, Josh Sanford, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing RESPONSE was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Kathryn D. Terry, Esq.
Lauren Barghols Hanna, Esq.
PHILLIPS MURRAH P.C.
101 North Robinson Avenue, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
kdterry@phillipsmurrah.com
lbhanna@phillipsmurrah.com

Denies Baker-Seal, Esq.
BROWN & JAMES, P.C.
Richland Plaza I
525 West Main Street, Suite 200
Belleville, Illinois 62220-1547
Telephone: (618) 235-5590
Facsimile: (618) 235-5591
dseal@bjpc.com

                */s/ Josh Sanford*
                **Josh Sanford**

Page 3 of 3
Kiersten Beck, et al. v. Driveline Retail Merchandising, Inc.
U.S.D.C. (C.D. Ill.) Case No. 3:23-cv-3282-CRL-KLM
Response to Defendant's Supplement to Motion to Compel Arbitration