IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIERSTEN BECK, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:23-cv-3282-CRL-KLM |
| | ) |
| DRIVELINE RETAIL MERCHANDISING, INC., | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF LORI BENNETT

I, Lori Bennett, based on my personal knowledge, declare and state the following:

1. I am the Chief Financial Officer and Chief Human Capital Officer for Driveline Retail Merchandising, Inc. ("Driveline") and am knowledgeable concerning the matters contained in this Declaration.

2. The First Amended and Substituted Complaint in this matter identifies a named Plaintiff as "Lloyd Payton" who is a resident of Tennessee. After being provided the last for digits of a social security number purported to be that of "Lloyd Payton," Driveline searched the records of its current and former employees (since January 1, 2009).

3. No "Lloyd Payton" with the four digits provided has been identified as having worked at Driveline since January 1, 2009.  There is no person with those same corresponding last four digits whose last name is "Payton" or whose first name is "Lloyd."

4. There is only one person with those four numbers identified and living in Tennessee is a woman, not named Lloyd Payton.

5.      Absent any additional identifying information, Driveline has no record of a "Lloyd Payton," residing in Tennessee and with the last four digits provided by Plaintiff's counsel, as having worked at Driveline since January 1, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this  26   day of September 2024.

Signature _____   Date  September 26, 2024
Lori Bennett