IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIERSTEN BECK, *et al.,* Each Individually and on Behalf of All others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:23-cv-3282-CRL-KLM<br>)<br>) |
| DRIVELINE RETAIL MERCHANDISING, INC., | )<br>)<br>) |
| Defendant. | ) |

**DEFENDANT DRIVELINE RETAIL MERCHANDISING, INC.'S**
**STATUS REPORT**

COMES NOW Defendant Driveline Retail Merchandising, Inc. ("Driveline")and pursuant to this Court's Opinion and  specially appearing and submits this status report as requested by the Court.

BACKGROUND

On January 11, 2024, Driveline filed a Motion to Compel Arbitration [ECF Doc. #7] and on January 19th, Driveline filed a supplement thereto [Doc. # 8].  Plaintiffs objected [ECF Doc. #10 and ECF Doc. #11] and on July 31, 2024, Driveline's reply in support of its Motion to Compel Arbitration was filed. [ECF Doc. #13].

On August 30, this Court granted in part Driveline's Motion.  [ECF Doc. # 14] Recognizing the legal and factual merit of Driveline's motion this Court dismissed 129[1] of the 149 named Plaintiffs herein based on the arbitration agreements signed by each.  The Court ordered Plaintiffs'

---

[1] The court's Opinion at page 8 states "128" Plaintiffs' claims are dismissed. Respectfully, it is believed this is a typo as the Court also recognized that 129 Arbitration Agreements have been provided (at page 5) and the status of only 20 (not 21) named Plaintiffs continued to be at issue.

counsel to provide further identifying information for the 20 remaining named Plaintiffs and Plaintiffs' counsel has done so.

Of the 20 persons still at issue, Driveline has located 17 Arbitration Agreements and has submitted a Second Motion to Compel Arbitration. In conjunction with the Second Motion, Driveline renews its request for attorneys' fees and costs in presenting same.

One of the named Plaintiffs, Christine Lynn, is a duplicate.  Her name is Christine Lynn Barrett-Bukowski and the Court has already dismissed her claims.

Counsel for Plaintiffs has represented to the undersigned counsel for Driveline that Plaintiff Roberto Rivera will voluntarily dismiss his claims and has agreed that no answer by Driveline to Roberto Rivera's allegations is necessary.

Finally, the only remaining named Plaintiff, "Lloyd Payton" of Tennessee, has yet to be identified as having worked at Driveline.  Driveline submits that this claim should also be dismissed if additional identifying information is not provided by Plaintiff's counsel within five days.

Respectfully submitted,

   s/Kathryn D. Terry_____
**PHILLIPS MURRAH P.C.**
Kathryn D. Terry, OBA No. 17151
Lauren Barghols Hanna, OBA No. 21594
101 North Robinson Ave. Suite 1300
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
kdterry@phillipsmurrah.com
lbhanna@phillipsmurrah.com

2

                                      **BROWN & JAMES, P.C.**
Denise Baker-Seal, #6255589
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois 62220-1547
618/235-5590; 618/235-5591 (Fax)
dseal@bjpc.com; dowens@bjpc.com
*Attorneys for Defendant*
*Driveline Retail Merchandising, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 27 2024 , I electronically transmitted the foregoing document with the Clerk of Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via electronic mail to the counsel of record below.

**SANFORD LAW FIRM, PLLC**
Josh Sanford
Ark. Bar No. 2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

*Attorneys for Plaintiffs Kiersten Beck, et al.,*
*Each Individually and on Behalf of All Others Similarly Situated*

                                                  *s/Kathryn D. Terry*_____