E-FILED
Friday, 11 October, 2024 04:21:23 PM
Clerk, U.S. District Court, ILCD

SANFORD LAW FIRM

Sean Short <sean@sanfordlawfirm.com>

# Fwd: Impending Lawsuit Against Driveline

**Colby Qualls** <colby@sanfordlawfirm.com> Fri, Aug 11, 2023 at 1:34 PM
To: Sean Short <sean@sanfordlawfirm.com>
Cc: Zach Bradshaw <zach@sanfordlawfirm.com>

---------- Forwarded message ---------
From: **Josh Sanford** <josh@sanfordlawfirm.com>
Date: Thu, Dec 8, 2022 at 11:29 PM
Subject: Re: Impending Lawsuit Against Driveline
To: Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
Cc: Colby Qualls <colby@sanfordlawfirm.com>, Aysha Dixon <aysha@sanfordlawfirm.com>, Terry, Kathryn D. <kdterry@phillipsmurrah.com>

Lauren, we are moving forward with this, and we aim to get you the demand on or before the agreed date later this month.

Thanks!

On Nov 29, 2022, at 3:42 PM, Hanna, Lauren B. <lbhanna@phillipsmurrah.com> wrote:

Apologize for the delay—how about March 1st?

Lauren

Get Outlook for iOS

**From:** Josh Sanford <josh@sanfordlawfirm.com>
**Sent:** Friday, November 11, 2022 9:26:31 AM
**To:** Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
**Cc:** Colby Qualls <colby@sanfordlawfirm.com>; Laura Edmondson <laura@sanfordlawfirm.com>; Terry, Kathryn D. <kdterry@phillipsmurrah.com>
**Subject:** Re: Impending Lawsuit Against Driveline

Please provide a proposed date for this step 3B

<image593162.png>
**Josh Sanford**
**Managing Attorney, Sanford Law Firm**
800-615-4946 (Main) | 501-904-1656 (Direct)
josh@sanfordlawfirm.com | www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

<image878265.png> <image217544.png> <image092061.png> <image969033.png> <image421377.png>

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Nov 10, 2022, at 10:59 PM, Hanna, Lauren B. <lbhanna@phillipsmurrah.com> wrote:

Josh,

Pursuant to our proposal, we would ask that each individual claimant initially provide a brief explanation as to the specific wages they claim were not paid and over what time period. Because these are not collective claims, it is not enough to just generally allege, on behalf of all your clients, every possible type and category of unpaid wages, regardless of applicability to certain individuals. Instead, pursuant to your clients' signed ADRs, they are each required to provide a brief description of their individual claim for Driveline's consideration, in an effort to resolve any easily-resolvable claims prior to the initiation of formal arbitration. Once we receive statements from your clients claiming that they were not properly paid for one or more specific time periods, assignments, or whatever their specific claim may be, Driveline will investigate each claim and attempt to resolve the claim at the earliest stage, on a rolling basis. If the parties are unable to resolve certain of your clients' claims at this initial stage, then some production of wage records would likely occur in Step 3B, prior to mediation.

Please let me know if you would like to discuss the above in greater detail.

Thanks,
Lauren

Lauren Barghols Hanna
Of Counsel
<image001.png>
Phillips Murrah P.C. I M: 405.235.4100 I F: 405.235.4133 I Cell: 405.627.8798
phillipsmurrah.com

**From:** Josh Sanford <josh@sanfordlawfirm.com>
**Sent:** Thursday, November 10, 2022 12:05 PM
**To:** Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
**Cc:** Colby Qualls <colby@sanfordlawfirm.com>; Terry, Kathryn D. <kdterry@phillipsmurrah.com>; Laura Edmondson <laura@sanfordlawfirm.com>
**Subject:** Re: Impending Lawsuit Against Driveline

Lauren, I think we are waiting on a response from you regarding the email below. We trying to keep things moving.

Thanks,
Josh

**Josh Sanford**
**Managing Attorney, Sanford Law Firm**
800-615-4946 (Main) I 501-904-1656 (Direct)
josh@sanfordlawfirm.com I www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Nov 7, 2022, at 7:20 AM, Josh Sanford <josh@sanfordlawfirm.com> wrote:

Lauren,

We are generally agreed with this—but would you be comfortable making either A deadline or a rolling deadline for the production of time and pay records for these claimants, so that we can calculate a non-hypothetical claim value?

This step would be 1.B as I see it.

Thoughts?
Josh

On Nov 4, 2022, at 5:56 PM, Hanna, Lauren B. <lbhanna@phillipsmurrah.com> wrote:

Colby,

Below is Driveline's proposal for how to efficiently resolve your clients' claims. Please review and let me know when you want to get together to discuss.

**Step 1: Driveline agrees to toll statute of limitations**

Driveline will agree to toll statute of limitations for each of your clients whose claims have not already extinguished, as of today's date.

**Step 2: Sanford firm will submit individual claims for each of its clients by 12/31/22**

Sanford firm will submit individual claims for each of their clients outlining, at a minimum, the individual's claim regarding Driveline's alleged violations and specific damages sought for each violation.

**Step 3: Parties work informally to resolve any claims that can be resolved by agreement by 2/28/23**

After Driveline's investigation into individual claims, the parties work informally to resolve any easily-resolvable claims.

**Step 4: Parties attend mediation by 3/31/23 to resolve any additional claims that can be resolved short of arbitration**

After informal resolution of claims, the parties attend mediation with mutually-agreeable mediator to attempt to resolve additional claims through assistance from a third-party neutral.

**Step 5: Sanford firm submits all remaining claims to a mutually-agreed arbitrator to commence arbitration proceedings by 5/1/23**

All unresolved claims are submitted on an individual basis to a mutually-agreed arbitrator (outside of the AAA, but who will commit to following AAA employment rules). The arbitrator will work with the parties to craft a scheduling order and discovery procedures that will ensure that the parties are able to seek potentially-relevant information in a cost- and time-effective manner, while still preserving the individual nature of each plaintiff's claims. After an appropriate discovery period, each plaintiff's specific claim(s) will be tried individually in front of the arbitrator in a series of "mini-trials," avoiding duplicative testimony and processes wherever possible.

Thanks,
Lauren

Get Outlook for iOS

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Friday, November 4, 2022 4:02 PM
**To:** Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>; Terry, Kathryn D. <kdterry@phillipsmurrah.com>; Laura Edmondson <laura@sanfordlawfirm.com>
**Subject:** Re: Impending Lawsuit Against Driveline

Thanks for the well wishes! I think for the LR area the worst will just be wind later this evening, but I suppose we'll see. Honestly, I haven't even been very aware of the weather developments today. Hope all of you have remained safe!

Best,

Colby

**Colby Qualls**
**Attorney, Sanford Law Firm**
800-615-4946 (Main) I 501-904-1649 (Direct)
colby@sanfordlawfirm.com I www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Fri, Nov 4, 2022 at 3:54 PM Hanna, Lauren B. <lbhanna@phillipsmurrah.com> wrote:

Good afternoon, Colby.

We drafted a substantive proposed process/timeline and sent to our client for review and approval.

Hoping to get that to you this afternoon, as soon as we hear back.

Hope you all are north of the severe weather that is coming through—what a weird weather day!

Thanks,
Lauren

Lauren Barghols Hanna
Of Counsel
<image001.png>
Phillips Murrah P.C. I M: 405.235.4100 I F: 405.235.4133 I Cell: 405.627.8798
phillipsmurrah.com

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Friday, November 4, 2022 3:04 PM
**To:** Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>; Terry, Kathryn D. <kdterry@phillipsmurrah.com>; Laura Edmondson <laura@sanfordlawfirm.com>
**Subject:** Re: Impending Lawsuit Against Driveline

Good afternoon Lauren,

Just checking in to see where we are. Are you all still sending us a proposal today?

Best,

Colby

**Colby Qualls**
**Attorney, Sanford Law Firm**
800-615-4946 (Main) I 501-904-1649 (Direct)
colby@sanfordlawfirm.com I www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Wed, Nov 2, 2022 at 10:32 AM Colby Qualls <colby@sanfordlawfirm.com> wrote:

Counsel,

Please find attached some of the information you requested. Still working on getting the remaining.

Best,

Colby

On Fri, Oct 28, 2022 at 1:44 PM Hanna, Lauren B. <lbhanna@phillipsmurrah.com> wrote:

Thank you, Colby. I agree that we can work together to make progress towards resolution.

While we are working on a substantive proposal regarding the mechanics of resolving your clients' claims, we need additional information about the following individuals (SSN or EIN), as our client either cannot locate them in our system (possibly an issue with maiden/married names) or they have multiple individuals with the same name in the system and cannot identify which is your client:

Jamie Hall
Latasha Hemmingway
Rachel Hicks
Kayla James
Tonya Lindsey
Kimberly Marshall
Marissa Michaelson
Kayla Williams
Lloyd Payton
Jennifer Rodgers
Mandy Scoglietti
Linda Taylor
Jennifer Volkenant

Look forward to receiving this information. We will be in touch no later than next Friday with a proposed way forward on your clients' claims.

Thanks,
Lauren

Lauren Barghols Hanna
Of Counsel
<image001.png>
Phillips Murrah P.C. I M: 405.235.4100 I F: 405.235.4133 I Cell: 405.627.8798
phillipsmurrah.com

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Thursday, October 27, 2022 12:32 PM
**To:** Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
**Cc:** Josh Sanford <josh@sanfordlawfirm.com>; Terry, Kathryn D. <kdterry@phillipsmurrah.com>; Laura Edmondson <laura@sanfordlawfirm.com>
**Subject:** Re: Impending Lawsuit Against Driveline

Lauren,

I'll start by reaffirming that we initiated this email dialogue to save everyone time and money rather than just moving forward with legal action. We appreciate that you all have been willing to participate in this conversation so far and it sounds as though we are continuing to make progress in that regard.

To very briefly address some of your earlier points, we would start by pointing out that arbitration agreements are affirmative defenses that have to be proven, and that inflammatory language regarding sanctions is neither productive nor helpful in moving this conversation forward. In addition, in regard to tolling, it is not only a matter of their claims being completely time-barred, but it is also a matter of their claims, and potential damages, continuing to diminish.

All of that being said, it seems as though we are all on the same page so far on trying to avoid costly litigation, which is why we are all participating in this dialogue. In the spirit of working together, we can wait until November 4th to receive this proposal and hopefully come to some agreement on tolling. If for some reason you all are not ready to discuss that proposal by November 4th, we will need some type of agreement on tolling in place by then.

Best,

Colby

**Colby Qualls**
**Attorney, Sanford Law Firm**
800-615-4946 (Main) I 501-904-1649 (Direct)
colby@sanfordlawfirm.com I www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Wed, Oct 26, 2022 at 2:45 PM Hanna, Lauren B. <lbhanna@phillipsmurrah.com> wrote:

Josh,

If you file a collective action in Illinois or any other venue, we would have no choice but to immediately file a counterclaim seeking punitive damages and sanctions. Your firm has actual knowledge that every Driveline employee since January 2019 has signed a class and collective action waiver, as part of a broader alternative dispute resolution agreement with Driveline. In that agreement, each employee has agreed to first present their claim to Driveline for informal resolution of any claimed damages and—only if that is attempt to resolve the claim is unsuccessful—file a request to arbitrate their claim before a neutral arbitrator. Your firm exchanged written correspondence with our firm in January 2019 about your frustration that every Driveline employee was required to sign alternative dispute resolution agreements as a condition of continued employment.

The clients that you are currently representing are not served at all by such a bad-faith filing, as it will not act to toll any statute of limitations. Such a filing will only incur needlessly-wasteful and excessive attorney fees, court costs, and direct damages to Driveline, which Driveline will attempt to recover in response to any such filed lawsuit. Any such filing would also be unethical and violate the Rules of Professional Responsibility because you have direct knowledge that your clients' claims are barred from adjudication through the court--you would be improperly using the court system solely as a public marketing campaign for additional clients to financially benefit your firm.

That said, we do not want to go to war with you and waste our clients' time and resources fighting this issue in court. We both know that each of your clients has a valid and binding collective/class action waiver and a requirement to submit their claims on an individual basis for informal resolution by Driveline and then for formal arbitration through a neutral arbitrator. We are working with Driveline to collect information about the individuals provided on last week's list. We are trying to work with Driveline to provide a substantive proposal to you by Friday, November 4th regarding how we might move forward to identify each individual's claims and damages and work to resolve the claims short of going through the lengthy and resource-intensive process of arbitration. We are trying to work with you on this and provide a substantive path to resolution that is efficient for both your firm and our client. But we need some additional information to complete this initial step, including some clarification of certain of your clients, as we have identified multiple Driveline employees with the same name as certain of the provided names on last week's list. We will follow up by tomorrow with the employees for whom we need additional information to clarify their identity.

In glancing at the employment dates of the individuals that we have been able to identify, I can't see any individuals whose statute of limitations for bringing claims for unpaid wages would be exhausted in the next two weeks. If you have knowledge of any such individuals, please let me know and we can work urgently to ensure that no claims lapse during this period while we diligently work to propose a process by which you are not required to file 103 separate demands for arbitration to toll each of your client's separate wage claim, as required by Driveline's ADR agreement. We want to work with you, but Driveline will not tolerate a bad-faith filing of a collective action lawsuit and, more importantly, doing so will only poison the well, killing any opportunity to resolve these matters cooperatively.

Please let me know if you would like to discuss any of the above.

Thank you,
Lauren

Lauren Barghols Hanna
Of Counsel
<image001.png>
Phillips Murrah P.C. I M: 405.235.4100 I F: 405.235.4133 I Cell: 405.627.8798
phillipsmurrah.com

**From:** Josh Sanford <josh@sanfordlawfirm.com>
**Sent:** Wednesday, October 26, 2022 12:41 PM
**To:** Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
**Cc:** Colby Qualls <colby@sanfordlawfirm.com>; Terry, Kathryn D. <kdterry@phillipsmurrah.com>; Laura Edmondson <laura@sanfordlawfirm.com>
**Subject:** Re: Impending Lawsuit Against Driveline

We were thinking we would just file a case for all of them as a group today in Illinois. That would act to toll the SOL, we don't have to serve it for 90 days. We can do all the staying and tolling we might want, etc. That's very clean and easy to me

Thoughts?

**Josh Sanford**
**Managing Attorney, Sanford Law Firm**
800-615-4946 (Main) I 501-904-1656 (Direct)
josh@sanfordlawfirm.com I www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Oct 26, 2022, at 12:37 PM, Hanna, Lauren B. <lbhanna@phillipsmurrah.com> wrote:

Thanks, Colby.

Our client has been working as quickly as possible to pull basic employment information about the individuals. We will be able to get back to you very soon re: the tolling question.

Thanks,
Lauren

Get Outlook for iOS

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Wednesday, October 26, 2022 12:35:53 PM
**To:** Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
**Cc:** Terry, Kathryn D. <kdterry@phillipsmurrah.com>; Josh Sanford <josh@sanfordlawfirm.com>; Laura Edmondson <laura@sanfordlawfirm.com>
**Subject:** Re: Impending Lawsuit Against Driveline

Counsel,

Just reaching out on the status of a potential tolling agreement here. I believe today would count as the 4th business day since we sent our list of clients.

Best,

Colby

**Colby Qualls**
**Attorney, Sanford Law Firm**
800-615-4946 (Main) I 501-904-1649 (Direct)
colby@sanfordlawfirm.com I www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Thu, Oct 20, 2022 at 2:40 PM Colby Qualls <colby@sanfordlawfirm.com> wrote:

Counsel,

Please find attached the list. I'll reach back out by Wednesday if I don't hear from you beforehand.

Best,

Colby

On Thu, Oct 20, 2022 at 11:29 AM Hanna, Lauren B. <lbhanna@phillipsmurrah.com> wrote:

Colby,

Thanks for giving us some time to get back into the office and talk to our client.

As you noted in your first email, every Driveline employee has a signed Driveline ADR agreement that waives their ability to proceed on a collective-action basis, so the correct action under the terms of your clients' agreements with Driveline would be for each of the 103 current and former employees to commence the first step of the arbitration process by sending a full description of all allegedly-unpaid wages todisputeresolution@drivlineretail.com.

But since you have reached out and want to work together on this, we would be happy to consider agreeing to toll the statute of limitations on these potential claims if you would first send us a list of your clients' names. To protect your clients' interests, we will get back to you within 4 business days as to whether we can agree to toll the statute of limitations and start discussing the next steps.

Thank you,
Lauren

Lauren Barghols Hanna
Of Counsel
<image001.png>
Phillips Murrah P.C. I M: 405.235.4100 I F: 405.235.4133 I Cell: 405.627.8798
phillipsmurrah.com

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Wednesday, October 19, 2022 11:48 AM
**To:** Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
**Cc:** Terry, Kathryn D. <kdterry@phillipsmurrah.com>; Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** Re: Impending Lawsuit Against Driveline

Good afternoon counsel,

Just following up on this. Have you had a chance to speak to your client? If so, can we agree to tolling for the time being? If not, we will have to proceed with litigation within the next few days.

Best,

Colby

**Colby Qualls**
**Attorney, Sanford Law Firm**
800-615-4946 (Main) I 501-904-1649 (Direct)
colby@sanfordlawfirm.com I www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Wed, Oct 12, 2022 at 3:15 PM Colby Qualls <colby@sanfordlawfirm.com> wrote:

Counsel,

Understood. Thanks!

Best,

Colby

On Wed, Oct 12, 2022 at 1:47 PM Hanna, Lauren B. <lbhanna@phillipsmurrah.com> wrote:

Colby,

I am out of the office this week for fall break—I will get back to you next week when I have a chance to talk to our client.

Thanks,
Lauren

Lauren Barghols Hanna
Of Counsel
<image001.png>
Phillips Murrah P.C. I M: 405.235.4100 I F: 405.235.4133 I Cell: 405.627.8798
phillipsmurrah.com

**From:** Colby Qualls <colby@sanfordlawfirm.com>
**Sent:** Tuesday, October 11, 2022 10:40 AM
**To:** Hanna, Lauren B. <lbhanna@phillipsmurrah.com>
**Cc:** Terry, Kathryn D. <kdterry@phillipsmurrah.com>; Josh Sanford <josh@sanfordlawfirm.com>
**Subject:** Impending Lawsuit Against Driveline

**CAUTION:** This email originated from outside Phillips Murrah's Email System. DO NOT CLICK on any links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

I hope you are doing well. I'm reaching out to you to let you know that we have contracts to represent approximately 103 or so current and former employees of Driveline. Our intention/strategy is this: we plan to file a multi-plaintiff Complaint in federal district court on behalf of these individuals. Due to the likelihood that most, if not all, of these individuals signed an arbitration agreement with Driveline, and assuming that Driveline enforces these various arbitration agreements, this could potentially lead to a 100 or so different arbitrations against Driveline. Instead of going that route though, we would like to propose a mass mediation to resolve all of these claims. In the meantime, while we discuss the potential of a mass mediation and the related logistics to that, we would need a tolling agreement in place for all of these individuals. If we are unable to agree on tolling in the near future, we will have to proceed with litigation for these individuals.

We realize that you will need to discuss all of this with your Client and that might take some time. However, the statute of limitations is and will continue to run for each of these individuals unless and until we initiate a lawsuit on their behalf. If your Client is willing to agree to a tolling agreement, that will give all of us some breathing room to flesh all of this out and figure out how to proceed.

Best,

Colby

**Colby Qualls**
**Attorney, Sanford Law Firm**
800-615-4946 (Main) I 501-904-1649 (Direct)
colby@sanfordlawfirm.com I www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

**Little Rock • Birmingham • Chicago • Denver • Omaha • Phoenix • San Antonio • Seattle**

Attorneys admitted in courts in AL • AR • AZ • CO • HI • IL • MI • MO • MS • NC • ND • NE • NM • NY • OH • OK • TN • TX • WA • WI

🥇 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🥇

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*