IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIERSTEN BECK, *et al.,* Each Individually and on Behalf of All others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DRIVELINE RETAIL MERCHANDISING, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:23-cv-3282-CRL-KLM<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT DRIVELINE RETAIL MERCHANDISING, INC.'S
<u>REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION</u>**

COMES NOW Defendant Driveline Retail Merchandising, Inc. ("Driveline") specially appearing and moves for leave to file a reply in support of its offers the following reply in support of its Second Motion to Compel Arbitration [ECF Doc. No. 15].

The arguments advanced by Plaintiffs in opposition to Driveline's Second Motion to Compel Arbitration [ECF No. 17] are not supported by the factual record before the court. Driveline seeks leave to file a Reply to address the arguments therein. The proposed reply is attached as Exhibit 1 to this Motion for Leave.

1

Respectfully submitted,

    s/Kathryn D. Terry
**PHILLIPS MURRAH P.C.**
Kathryn D. Terry, OBA No. 17151
Lauren Barghols Hanna, OBA No. 21594
101 North Robinson Ave. Suite 1300
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
kdterry@phillipsmurrah.com
lbhanna@phillipsmurrah.com

**BROWN & JAMES, P.C.**
Denise Baker-Seal, #6255589
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois 62220-1547
618/235-5590; 618/235-5591 (Fax)
dseal@bjpc.com; dowens@bjpc.com
*Attorneys for Defendant*
*Driveline Retail Merchandising, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2024 , I electronically transmitted the foregoing document with the Clerk of Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via electronic mail to the counsel of record below.

**SANFORD LAW FIRM, PLLC**
Josh Sanford
Ark. Bar No. 2001037
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

*Attorneys for Plaintiffs Kiersten Beck, et al.,*
*Each Individually and on Behalf of All Others Similarly Situated*

                                                              *s/Kathryn D. Terry*_____