IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**KIERSTEN BECK, et al., Each Individually and**     **PLAINTIFFS**
**on Behalf of All Others Similarly Situated**

vs.           No. 3:23-cv-3282-CRL-KLM

**DRIVELINE RETAIL MERCHANDISING, INC.**     **DEFENDANT**

### PLAINTIFFS' STATUS REPORT

Plaintiffs Kiersten Beck, *et al.*, by and through their attorneys of the Sanford Law Firm, PLLC, for their Status Report addressing the remaining issues in this matter, state as follows:

1. Plaintiffs have reviewed the record and agree that the second motion to compel arbitration may be granted as to all remaining Plaintiffs, including Amanda Mechelle Brewer. Additionally, Plaintiffs confirm that Christine Lynn is the same individual as Christine Lynn Barrett Bukowski, who has already been dismissed from this action.

2. Accordingly, Plaintiffs do not oppose the entry of judgment in favor of Defendant, with the exception of Defendant's request for attorney's fees under 28 U.S.C. § 1927, which remains pending and should be denied.

Respectfully submitted,

**KIERSTEN BECK, et al., Each Individually and on behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 500
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

### CERTIFICATE OF SERVICE

I, Josh Sanford, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing STATUS REPORT was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Kathryn D. Terry, Esq.
Lauren Barghols Hanna, Esq.
PHILLIPS MURRAH P.C.
101 North Robinson Avenue, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
kdterry@phillipsmurrah.com
lbhanna@phillipsmurrah.com

Denies Baker-Seal, Esq.
BROWN & JAMES, P.C.
Richland Plaza I
525 West Main Street, Suite 200
Belleville, Illinois 62220-1547
Telephone: (618) 235-5590
Facsimile: (618) 235-5591
dseal@bjpc.com

*/s/ Josh Sanford*
**Josh Sanford**