# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**KIERSTEN BECK, et al.**
**Individually and on Behalf of all**
**Others Similarly Situated,**

    **Plaintiffs,**

vs.

**Driveline Retail Merchandising, Inc.**

    **Defendant.**

Case Number: 3:23-cv-03282-CRL-DJQ

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiffs Amanda Mechelle Brewer, Nita Clark, Larry Davis, Shellie Dawn, Brittany Dummitt, Carissa Fuselier, Christi Lea, Christine Lynn, Linda Moore, Lisa Morgan, John T. Morrison, Mary Orr, Lloyd Payton, Kristy Ray, Roberto Rivera, Jennifer Rodgers, Ashley Tatrow Saylors, Linda Taylor, Barb Terrel, and Kayla Nicole Williams recover nothing on their claims against defendant Driveline Retail Merchandising, Inc. Plaintiffs  Kimberly Applegrath, Erin Aycock, Jan E. Ballard, Christine Lynn Barrett-Bukowski, Tammy Barrette, Vicki Baughman, Kiersten Beck, Addie Bingham, Rac-Cale Blair, Bridgette Boyd, Tiffany Bragg , Tricia Brooks, Bettie Bryant, Leonte Cartwright, Willie Jean Cashaw, William Castle, Gina Christine Cherry, Martha Cleary, Melissa Conterno, Lori Cowher, Lucille Cox, Amy Craig, James Creech, Montana Criss, Kamela Crutchfield, Joshua Cummings, Melissa Cummings, Michelle Dailey, Crystal Darby, Toni Deluna, Christina Dowden, Racheal Dunn, Melissa Dutton, Seena Easter, Stephanie Edwards, Kimberly Dawn Elmore, Patti Evans, Robin Flower, Amber Fowler, Ruby Garza, Kathaleen April Gilliland, Dwan N. Goodrich, Samantha J. Goodrich, Martha Greenfeld, Christine Gunnin, Tara Hall, Jackie Haywood, Saundra Hegler, Kelley Herchenhahn, Joel Hernandez, Rachel Hicks, Marla Hix, Alicia Howard, Erin Hruschak, Sarah Huskins, Jori Hutchinson, Marie Hyatt, Lora Hyde, Abbie Ingram, Kayla James, Kathleen Jernigan, Evelyn Johnson, John Jones, Melissa Joseph, Anita Jubic, Cindy Kern, Sara Kern, Stephanie Kimbro, Amy Kay Knope, Jen LaCroix, Tonya Lindsey, Judith Lockhart, Cheri Lueke, Cheyenne Lunceford, Christy Manning, Lara Mast, Becky McClanahan, Joy McGuire, Fantasia McNeal-Cartwright, Cristhian Mendieta, Marissa Michaelsen, Timothy Michels, Lisa Morgan, Michelle J. Morrison, Shauna Murray, Susan Nottingham, Gwendolyn Nyamoti, Aiesha Offord, Deborah Paschall, Malissa Pirtle, Melleta Upson Plotts, Johnathan Lee Price, Anne Ramsey, Donald Reifenstahl, Briana I. Renaud,

Judgment in a Civil Case (02/11)

Angie Revels, Karri Richard, Terry Risley, Sherry Roberts, Michael Savage, Saylors, Mandy Scoglietti, Terrence Scott, Danyai Serrano, Kellye Marie Simpson, Lexi Simpson, Kathy Sonnier, Theresa Staten, Nancy Stevens, Ella Strickland, Deborah Strnad, Terrill Sutton, Shyanna Swanson, Dana Taylor, Edna Taylor, Kristina Thompson, Kalaya Tillman, Robin Uhrig, Kilee Vaughn, Bina Vaught, Jennifer Volkenant, Anna Grubb Waack, Katherine Webb, Jermaine Webster, Sherry Wheeler, Christina Whitcomb, Rae Wickersham, Melissa Williams, Amanda Winningham, Dana Work, Tara Workman, Anna Mitchell Yancy, Kristie Young, and Esperanza Zuniga were dismissed pursuant to the Court Order entered on 8/30/2024. Plaintiffs shall submit their claims to binding arbitration on an individual basis.

**Dated: 6/18/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court